FILED
2010 Mar-29  PM 05:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>WESTERN DIVISION</u>

| | |
|---|---|
| MICHAEL HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 09-PWG-1715-W |
| | ) |
| HUNTER WARFIELD, INC., | ) |
| | ) |
| Defendant. | ) |

<u>O R D E R</u>

Counsel for the parties have filed a Joint Stipulation of Dismissal With Prejudice. Pursuant to Rule 41(a)(1)(A)(ii), *Federal Rules of Civil Procedure*, it is ORDERED that this action is DISMISSED with prejudice, costs taxed as paid.

As to the foregoing it is SO ORDERED this the 29th day of March, 2010.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE